UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS,

Plaintiff(s),

v.

EXPORT-IMPORT BANK, et al.

Defendant(s).

CASE NO. C26-356-KKE-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner John Robert Demos has filed an application to proceed *in forma pauperis* ("IFP") and a proposed complaint suing roughly seventy defendants. Dkt. Nos. 1, 1-1. The matter is now before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge David W. Christel. Dkt. No. 2.

Judge Christel explained that Demos is subject to pre-filing bar orders in a number of courts, including this Court, and recommends that this case be dismissed and the IFP application denied for failure to comply with these orders and with 28 U.S.C. § 1915(g). Dkt. No. 2 at 2. First, the bar orders "provide that Plaintiff may submit only three IFP applications and proposed actions each year." *Id.* (citing *In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992) ["1992 Bar Order"]; *In re Complaints and Petitions Submitted by John Robert Demos* (W.D. Wash. Dec. 15, 1982)). Yet Demos has filed at least ten prior lawsuits this year. *Id.* at 2. Second, the 1992 Bar Order "provides that this Court will not accept for filing a proposed complaint unless it

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

'is accompanied by an affidavit that the claims have not been presented in any other action in any court and that [Plaintiff] can and will produce evidence to support his claims.'" *Id.* at 2 (quoting 1992 Bar Order at 3). While Demos included an affidavit with his proposed complaint, Judge Christel notes that it does not meet the requirements of the 1992 Bar Order. *Id.* Third, 28 U.S.C. § 1915(g) prohibits Demos from proceeding IFP unless he demonstrates "imminent danger of serious physical injury" because, "on 3 or more occasions[,]" courts have dismissed civil actions by Demos "on the grounds that [the action was] frivolous, malicious, or fail[ed] to state a claim upon which relief may be granted[.]" 28 U.S.C. § 1915(g); *see* Dkt. No. 2 at 2–3. Judge Christel notes that Demos's proposed complaint—which concerns alleged fraud by private companies against the United States—does not plausibly allege that he faces imminent danger of serious physical injury. Dkt. No. 2 at 2–3.

Demos filed objections to the R&R. Dkt. No. 4. His objections include an affidavit that he contends meets the requirements of the 1992 Bar Order. *Id.* at 21. Demos also argues that, because he seeks to bring this action as a relator on behalf of the United States, "the real plaintiff in interest is the U.S. government" and the bar orders and 28 U.S.C. § 1915(g) therefore do not apply as they do not limit the United States from filing actions. *Id.* at 20 (capitalization omitted). The Court disagrees. While a private person may, in some circumstances, bring an action on behalf of the United States, *see, e.g.,* 31 U.S.C. § 3730(b)(1) (authorizing "[a] person" to "bring a civil action for a violation of" the False Claims Act "in the name of the Government"), it is still the *person* that brings the lawsuit. Thus, the requirements of Demos's bar orders and 28 U.S.C. § 1915(g) apply to this case. Demos's failure to satisfy these requirements is cause for dismissal regardless of whether the late-filed affidavit meets the requirements of the 1992 Bar Order.

Accordingly, the Court ORDERS as follows:

(1) The Court adopts the Report and Recommendation.

ORDER ADOPTING REPORT AND RECOMMENDATION - 2

(2) Plaintiff's proposed complaint (Dkt. 1-1) is dismissed without prejudice, the IFP application is denied (Dkt. 1), and this case is closed.

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.[1]

Dated this 18th day of March, 2026.

Kymberly K. Evanson
United States District Judge

---

[1] Because this action is dismissed, Demos's proposed motion to correct clerical error—to the extent it is properly before the Court—is moot.  Dkt. No. 3.

ORDER ADOPTING REPORT AND RECOMMENDATION - 3